Wild Chang, Esq.
Steven P. Chang, Esq. (SBN221783)
Law Offices of Steven P. Chang
790 S. Atlantic Blvd., Suite 106
Tel: 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
Fax: 626-281-2919

Attorneys for Plaintiff
Jerry Wayne Davis

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY WAYNE DAVIS,               )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>vs.                               )<br>                                  )<br>HANSFORD T. JOHNSON, ACTING      )<br>SECRETARY OF THE DEPARTMENT       )<br>OF THE NAVY,                     )<br>                                  )<br>            Defendant.            )<br>_____) | **1:03-cv-5935 OWW TAG**<br><br>STIPULATION TO CONTINUE DATES;<br>ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the dates set forthin the Order for Jury Trial, on December 9, 2005, be continued for ninety days as follows:

//

//

//

//

//

//

//

//

1

|  | Existing Date | Proposed Date |
|---|---|---|
| 1. Discovery Deadline: | March 13, 2005 | September 12, 2005 |
| 2. Settlement Conference | May 23, 2005 | September 30, 2005 |
| 3. Non-Dispositive Motion Cut Off | June 11, 2005 | October 7, 2005 |
| 4. Dispositive Motion Filing Cut Off | June 24, 2005 | October 21, 2005 |
| 5. Pre-Trial Conference | September 26, 2005 | December **12**, 2005 at 11:00 a.m. |
| 6. Trial | December 9, 2005 | March **14**, 2006 at 9:00 a.m. |

Respectfully Submitted,
Law Offices of Steven P. Chang

Date: April 13, 2005

By: /s/ Wild Chang
WILD CHANG
Attorneys for Plaintiff
JERRY DAVIS

McGREGOR W. SCOTT
United States Attorney

Date: 4/14/05

By: /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney
Attorneys for defendant
UNITED STATES OF AMERICA

## ORDER

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

Date:_____April 15, 2005_____    /s/ OLIVER W. WANGER

By: _____
Hon. Oliver W. Wanger
United States District Judge

2