UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

JERRY WAYNE DAVIS,

        Plaintiff,

  vs.

HANSFORD T. JOHNSON,
Acting Secretary of the
Department of the Navy,

        Defendant.
_____/

**1:03-cv-5935 OWW SMS**

**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT (L.R. 5-133)**

TO: STEVEN PO CHANG and WILD CHANG:

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements. Such affidavits or certificates are to be filed within 11 days of service of this order.

DATED: June 22, 2005

                              /s/ Oliver W. Wanger
                              OLIVER W. WANGER
                              U.S. District Judge