Wild Chang, Esq.
Steven P. Chang, Esq. (SBN221783)
Law Offices of Steven P. Chang
790 S. Atlantic Blvd, Suite 106
Monterey Park, CA  91754
Tel:  626-281-1232
Fax: 626-281-2919

Attorneys for Plaintiff
Jerry Wayne Davis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **JERRY WAYNE DAVIS,**<br>    **Plaintiff,**<br>vs.<br>**HANSFORD T. JOHNSON,**<br>**ACTING SECRETARY OF**<br>**DEPARTMENT OF THE NAVY,**<br>    **Defendant.** | **CASE NO.: CV-F-03-5935 OWW TAG**<br><br>**STIPULATION TO CONTINUE DATES;**<br>**ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the dates set forth in the Order for Jury Trial, on March 14, 2006, be continued for 90 days as follows:

//

//

//

//

//

//

//

|    | Existing Date | Proposed Date |
|---|---|---|
| 1. Discovery Deadline: | September 12, 2005 | December 12, 2005 |
| 2. Settlement Conference: | September 30, 2005 | December 30, 2005 |
| 3. Non-Dispositive Motion Cut Off: | October 7, 2005 | January 6, 2006 |
| 4. Dispositive Motion Filing Cut Off: | October 21, 2005 | January 20, 2006 |
| 5. Pre-Trial Conference: | December 12, 2005 | March 20, 2006 at 11:00 a.m. |
| 6. Trial | March 14, 2006 | June 13, 2006 at 9:00 a.m. |

Law Offices of Steven P. Chang

By: /s/ Wild Chang
Wild Chang
Attorneys for Plaintiff

Date: August 25, 2005

McGregor W. Scott
United States Attorney

By: /s/ Kristi C. Kapetan
Kristi C. Kapetan
Assistant U.S. Attorney
Attorneys for Defendant

Date: August 25, 2005

## **ORDER**

IT HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

By:/s/OLIVER W. WANGER
Hon. Oliver W. Wagner
United States District Judge

Date: 8/26/05