Robert C. Moest, SBN 62166
LAW OFFICES OF ROBERT C. MOEST
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Tel: 310-915-6628
Fax: 310-915-9897

Attorney for Plaintiff
Jerry Wayne Davis

FILED
2005 SEP 21 P 3: 32
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY _____ DEPUTY

LODGED
SEP 1 4 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERRY WAYNE DAVIS,<br>Plaintiff,<br>vs.<br>HANSFORD T. JOHNSON,<br>ACTING SECRETARY OF<br>DEPARTMENT OF THE NAVY,<br>Defendant. | CASE NO.: CV-F-03-5935 OWW TAG<br><br>SUBSTITUTION OF ATTORNEY<br>[~~PROPOSED~~] ORDER |

TO EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY:

PLEASE TAKE NOTICE THAT as of today Robert C. Moest has substituted in as local counsel in place of Steven P. Chang for Plaintiff.

//
//
//
//
//
//
//

```
 1                                              Respectfully submitted,
 2
 3                                              By: _____
 4   Dated: August 8, 2005                          Jerry Wayne Davis, Plaintiff
 5
 6        I agree to the Substitution as set forth above.
 7
                                                Respectfully submitted,
 8                                              Law Offices of Steven P. Chang
 9
10
                                                By: _____
11   Dated: August 8, 2005                          Steven P. Chang
12
13
14        I agree to the Substitution as set forth above.
15
                                                Respectfully submitted,
                                                Law Offices of Robert C. Moest
16
17
18                                              By: _____
19   Dated: August 8, 2005                          Robert C. Moest,
                                                    Attorney for Plaintiff
20
21                              [PROPOSED] ORDER
22        IT IS SO ORDERED.
23
24
25   Dated:  9-16-05                            _____
26                                              JUDGE, UNITED STATES DISTRICT COURT
27
28
```

---

Substitution of Attorney; Case No. CV-F-03-5935 OWW TAG

- 2 -

## PROOF OF SERVICE

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES.

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is:

1725 Nogales Street, Suite 108-1
Rowland Heights, CA 91748

On **September 12, 2005**, I served the foregoing document described as **Substitution of Attorney** on the interested parties in this action by placing a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Filing Clerk<br>United States District Court<br>Central District of California<br>1130 "O" Street, Room 500<br>Fresno, CA 93721 | Kristi C. Kapetan<br>Assistant U.S. Attorney<br>Federal Building, Room 3654<br>1130 "O" Street<br>Fresno, CA 93721<br>By Fax: 559-498-7432 |
| | Steven P. Chang<br>Law Offices of Steven P. Chang<br>801 S. Garfield Avenue, Suite 338<br>Alhambra, CA 91801<br>By Fax: 626-281-2919 |

I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in Los Angeles County, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed **September 12, 2005**, at Los Angeles County, California.

_____
Kenneth Lo

---

Proof of Service (Substitution of Attorney); Case No. CV-F-03-5935 OWW TAG

- 1 -