McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Fax: (559) 497-4099

Attorneys for the defendant the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE DAVIS, ) | 1:03-CV-5935-OWW-SMS |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE PRETRIAL DATES AND ORDER THEREON |
| HANSFORD T. JOHNSON, ACTING SECRETARY OF THE DEPARTMENT OF THE NAVY, ) | |
| Defendant. ) | |

Defendant Hansford T. Johnson, acting secretary of the Department of the Navy, acting through counsel, and plaintiff Jerry Wayne Davis, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action;

2. The parties have begun discovery and have several issues that need to be resolved prior to completion of discovery. The parties agree that the most economical manner in which to resolve the issues is to conduct additional limited discovery and research into certain issues. As a result, the parties need more time and therefore hereby stipulate to the following changes in the pretrial dates:

| | Existing Date | Proposed Date |
|---|---|---|
| Discovery deadline | February 24, 2006 | May 19, 2006 |

////

| | | |
|---|---|---|
| Non-Dispositive Motion cut off | March 3, 2006 | June 2, 2006 |
| Dispositive Motion filing cut off | March 17, 2006 | June 2, 2006 |
| Settlement Conference | March 14, 2006 | June 13, 2006 at 10:00 a.m. |
| Pre-trial conf. | May 15, 2006 | August 14, 2006 at 11:00 a.m. |
| Trial | August 8, 2006 | October 11, 2006 at 9:00 a.m. |

Respectfully submitted,

Dated: March 6, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney
Attorneys for defendant
UNITED STATES OF AMERICA

Dated: March 6, 2006

By: /s/ Wild Chang
WILD CHANG
Attorney for Plaintiff
JERRY DAVIS

ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

Dated: March 8. 2006_____-_____

Hon. Oliver W. Wanger
United States District JudgeIT IS SO ORDERED.

Emm0d6**Dated:   March 8, 2006**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE