Wild Chang, Esq.
Robert C. Moest, Esq. (SBN 62166)
Wild Chang & Chang
17360 Colima Road, Suite 1
Rowland Heights, CA  91748
Tel:  626-581-4970
Fax: 626-581-4946
Email: wccesq@yahoo.com

Attorneys for Plaintiff
Jerry Wayne Davis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **JERRY WAYNE DAVIS,** | CASE NO.: CV-F-03-5935 OWW SMS |
| Plaintiff, | STIPULATION TO CONTINUE DATES; ORDER THEREON |
| vs. | |
| **HANSFORD T. JOHNSON, ACTING SECRETARY OF DEPARTMENT OF THE NAVY,** | |
| Defendant. | |

    This stipulation for a continuance of 90 days of pre-trial and trial dates is requested to accommodate Mr. Wild Chang's vision problems.  According to Mr. Chang's eye doctor, Mr. Chang may need another surgery in mid September, 2006, to correct the problems of double halos and two different sizes of texts partially superimposing on one other.

    Originally Mr. Chang asked Ms. Kristi Kapetan, Assistant U.S. Attorney for Defendant, for a 60-day continuance.  However, Ms. Kapetan has a calendar conflict and suggested to change to 90 days.

//

//

PDF created with pdfFactory trial version www.pdffactory.com

Therefore, IT IS HEREBY STIPULATED as follows:

| | Existing Date | Proposed Date |
|---|---|---|
| 1. Discovery Deadline: | August 18, 2006 | November 17, 2006 |
| 2. Settlement Conference: | September 6, 2006 | December 6, 2006 |
| 3. Non-Dispositive Motion Cut Off: | September 1, 2006 | December 1, 2006 |
| 4. Dispositive Motion Filing Cut Off: | September 12, 2006 at 10AM | December 12, 2006 at 10AM |
| 5. Pre-Trial Conference: | November 13, 2006 at 11AM | February 12, 2007 at 11AM |
| 6. Trial | January 10, 2007 at 9AM | April 11, 2007 at 9AM |

Wild Chang & Chang

Date: September 1, 2006

By:_____
Wild Chang
Attorneys for Plaintiff

McGregor W. Scott
United States Attorney

Date: September 1, 2006

By:_____
Kristi C. Kapetan
Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

Date: __September 27, 2006

By:___/s/ OLIVER W. WANGER_
Hon. Oliver W. Wagner
United States District Judge