Wild Chang, Esq.
Robert C. Moest, Esq. (SBN 62166)
Wild Chang & Chang
17360 Colima Road, Suite 1
Rowland Heights, CA  91748
Tel:  626-581-4970
Fax: 626-581-4946
Email: wccesq@yahoo.com

Attorneys for Plaintiff
Jerry Wayne Davis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **JERRY WAYNE DAVIS,**<br>**Plaintiff,**<br>vs.<br>**HANSFORD T. JOHNSON,**<br>**ACTING SECRETARY OF**<br>**DEPARTMENT OF THE NAVY,**<br>**Defendant.** | **CASE NO.: CV-F-03-5935 OWW SMS**<br>**STIPULATION TO CONTINUE DATES;**<br>**ORDER THEREON** |

　　　Plaintiff's counsel is very grateful for the court's prior accommodations.  Since the last stipulation, Plaintiff counsel's vision has improved, but much slower than originally anticipated, because at this moment he can only read 10 to 15 pages of 16 point font for each break.  Apparently, Plaintiff's counsel needs a little more time to recondition his vision to get back to normal which necessitates this stipulation for another continuance.

　　　Originally Plaintiff's counsel asked Ms. Kristi Kapetan, Assistant U.S. Attorney, for Defendant, for a 60-day continuance.  However, Ms. Kapetan has a calendar conflict and suggested to change to 150 days.

//

PDF created with pdfFactory trial version www.pdffactory.com

Therefore, IT IS HEREBY STIPULATED as follows:

|   | Existing Date | Proposed Date |
|---|---|---|
| 1. Discovery Deadline: | November 17, 2006 | April 20, 2007 |
| 2. Settlement Conference: | December 6, 2006 | May 9, 2007 |
| 3. Non-Dispositive Motion Cut Off: | December 1, 2006 | May 4, 2007 |
| 4. Dispositive Motion Filing Cut Off: | December 12, 2006 at 10AM | May 15, 2007 at 10AM |
| 5. Pre-Trial Conference: | February 12, 2007 at 11AM | July 16, 2007 at 11AM |
| 6. Trial | April 11, 2007 at 9AM | September 11, 2007 at 9AM |

Wild Chang & Chang

Date: November 13, 2006

By:_____
Wild Chang
Attorneys for Plaintiff

McGregor W. Scott
United States Attorney

Date:  November 13, 2006

By:_____
Kristi C. Kapetan
Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

Date: _Nov. 22, 2006___

By:_/s/ OLIVER W. WANGER___
Hon. Oliver W. Wagner
United States District Judge

Stipulation to Continue Dates, Case No. CV-F-03-5935 OWW TAG

2

PDF created with pdfFactory trial version www.pdffactory.com